UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LEAH CARSON )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 ) 5:21-cv-490-FL
COMMWELL HEALTH )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the Memorandum and Recommendations of the United States Magistrate Judge, to which no objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 24, 2022 and for the reasons set forth more specifically therein, that this action is DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on May 24, 2022, and Copies To:**
Leah Carson (via CM/ECF Notice of Electronic Filing)

May 24, 2022                   PETER A. MOORE, JR., CLERK

                                  /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk